02-11-467-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00467-CV

 

 


 
 
 In the Interest of C.P.P., V.P.P., and K.P.P.,
 Children
 
 
  
 
 
  
 
 


 

 

------------

 

FROM THE 323rd
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant’s “Motion To Dismiss.”  It is
the court=s opinion that the motion should be
granted; therefore, we dismiss the appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

          

                                                                             PER
CURIAM

PANEL: 
MCCOY,
MEIER, and GABRIEL, JJ. 


 

DELIVERED:
 April 19, 2012









[1]See Tex. R. App. P. 47.4.